# EXHIBIT A

Oct. 12. 2017  4:32PM                                              No. 7004  P. 1

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

See other side for instructions

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 17 Belden Avenue Norwalk 06850 | (203) 846-4332 | 1 / 23 / 2018 |

☐ Judicial District   ☒ Housing Session   ☐ G.A.  At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Norwalk

Number: Case type code (See list on page 2) Major: H  Minor: 90

**For the Plaintiff(s) please enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Nika Sunday   P.O. Box 1641   South Hackensack, N.J. 07606

Telephone number (with area code) (347) 243-7284

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to) akinevents32@yahoo.com

Number of Plaintiffs: 1   Number of Defendants: 5 (4)   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Sunday, Nika  Address: P.O. Box 1641  South Hackensack, N.J. 07606 | P-01 |
| Additional Plaintiff | Name:  Address: N/A | P-02 |
| First Defendant | Name: Greystar Real Estate Partners DBA Parc Grove Apartments  Address: 200 Broad Street, Stamford, CT 06901 | D-01 |
| Additional Defendant | Name: Glenda Gavnilidis - Leasing Agent  Address: 200 Broad Street, Stamford, CT 06901 | D-02 |
| Additional Defendant | Name: Judy Kovach - Property Manager  Address: 200 Broad Street, Stamford, CT 06901 | D-03 |
| Additional Defendant | Name: 201 Broad Street Owner, LLC DBA Parc Grove Apartments  Address: 67 Burnside Ave, East Hartford, CT 06108-3408 | D-04 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  E. O'GARRO | Date signed 12/08/17 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date 12/08/17 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

Dec. 12. 2017  4:52pm                                          No. 9004   P. 2

NIKA SUNDAY
P.O. BOX 1641
SOUTH HACKENSACK, NJ 07606

Return Date: 1/23/2018

SUPERIOR COURT OF State of Connecticut

NIKA SUNDAY

        PRO SE PLAINTIFF

    Vs                                              CIVIL COMPLAINT

GREYSTAR REAL ESTATE PARTENERS, LLC, Glenda Gavriilidis, Judy Kovach, 201 Broad Street, LLC
DBA: PARC GROVE APARTMENTS

        DEFENDANT

---

### STATEMENT OF FACTS:

Plaintiff Nika Sunday brings forth the following causes of action and alleges the following:

1. Plaintiff is an employed individual with a disabled child and as of December 1, 2017, will be a current resident of Stamford, CT.

2. Defendant is an elite Property Management Company and at the time of this complaint, doing business as Parc Grove Apartments located at 200 Broad Street in Stamford, Connecticut, 06901.

3. On October 23, 2017, Defendant discriminated against Plaintiff by unlawfully denying her right to rent a housing unit using a lawful source of income (Section 8 Rental Voucher) as partial rental payment.

4. On the morning of October 23, 2017, Plaintiff completed and submitted an online apartment application, paid a $100 deposit/application fee, was assigned unit number 1-1206 at 180 Broad Street, Stamford, Connecticut 06901 and given a move-in date of November 30, 2017.

5. At 1:55pm EST, the Defendant's Leasing Agent Glenda Gavriilidis, denied the Plaintiff the rental unit via email. In said email communication, Defendant confirmed receipt of the online application and informed the Plaintiff that Parc Grove Apartments "cannot accept her rental voucher."

6. On October 23, 2017, Plaintiff contacted Defendant by telephone and was told by Glenda Gavriilidis several times that Parc Grove Apartments "does not accept Section 8 vouchers." Defendant also confirmed

SUNDAY vs GREYSTAR

with Plaintiff that her credit was "fine" and not the reason her application was denied.

7.    On October 23, 2017 Plaintiff contacted Defendant's Property Manager Judy Kovach to confirm the rental

voucher policy. Judy Kovach confirmed that the property "doesn't accept Section 8 vouchers and never did."

8.    On page 3 of the Financial Page of the online application under "Other Income," the section require

applicants to provide rental voucher status and amount.

9 .    On November 2, 2017 at 6:27pm EST, Plaintiff sent Defendant an offer to settle letter with intent to seek

legal action if unanswered, via facsimile at: (843)-579-9420.

10.    Plaintiff received immediate confirmation of facsimile receipt electronically and verbally on or about

November 3, 2017, from Defendants secretary Emily.

11.    There has been no further communication from the Defendant to date.

## COUNT 1

### VIOLATION OF FAIR HOUSING RIGHTS

#### (Source of Lawful Income Discrimination)

12.    Defendant unlawfully discriminated against Plaintiff by denying and failing to make available, rental

property/housing of her choice, solely based on her lawful source of income from a Federal Assistance

Program (Section 8 Rental Voucher). Defendant's conduct as alleged above constitutes discrimination based on

Lawful Source of Income in violation of Connecticut's Fair Housing Act (Section 814c(7) .

## COUNT 2

### VIOLATION OF EQUAL CREDIT OPPORTUNITY ACT

13.    Defendant did not make housing available to the Plaintiff and unlawfully discriminated against her by

blatantly denying to accept her lawful source of income (Section 8 Rental Voucher) as rental payment.

14.    Defendant has discriminated against Ms. Sunday by denying her right to choose safe, decent and

SUNDAY vs GREYSTAR

affordable housing outside of concentrated poverty areas. Greystar Real Estate Partners and its affiliates has

conducted itself intentionally, deliberately, willfully and in callous disregard, the rights of Ms. Sunday.

15. By reason of Greystar Real Estate Partners. LLC and its affiliates discrimination, Ms. Sunday is entitled to all

legal and equitable remedies available under the Fair Housing Act and Equal Credit Opportunity Act.

## DAMAGES

WHEREOF, The Plaintiff requests that the court award her:

a)  The sum of $50,000 in compensatory, emotional distress and punitive damages
she suffered because of the Defendants acts of discrimination,

b) costs and reasonable fees incurred with this lawsuit with interest thereon, and other
damages and further relief as deemed.

## JURY DEMAND

The Plaintiff requests trial by jury.

Respectfully Submitted,

Nika Sunday, Pro Se
P.O. Box 1641
South Hackensack, NJ  07606
Tel: 347-243-7284