UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

NIKA SUNDAY,

        PLAINTIFF,

Vs.

CASE NO. 18-CV-00052

GREYSTAR REAL ESTATE PARTNERS d/b/a
PARC GROVE APARTMENTS, GLENDA GAVRILIDIS
JUDY KOVACH, and 201 BROAD STREET OWNER,
D/b/a PARC GROVE APARTMENTS

        DEFENDANTS

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
1/19/2018
Roberta D. Tabora, Clerk
By Judy Fanakoo
Deputy Clerk

## NOTICE TO DISMISS WITHOUT PREJUDICE

I submit this as my formal request to the court, to dismiss the above case in this action *without* prejudice.

Respectfully,

Nika Sunday, Pro-Se Plaintiff
P.O. Box 1641
South Hasckensack, NJ 07606

Date: 1/19/2018

**CERTIFIED COPY SENT TO DEFENDANT COUNSEL:**

SEYFARTH SHAW, LLP
Meridith-Anne M. Berger
620 Eight Avenue
New York, NY 10018